United States District Court
Southern District of Texas
**ENTERED**
April 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SCOTT F. CREE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00208 |
| | § | |
| BRACO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO RETAIN CASE AND DISMISS CERTAIN CLAIMS**

On March 11, 2022, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation to Retain Case and Dismiss Certain Claims" (M&R, D.E. 31). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 31), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge.  Accordingly, the Court **RETAINS** Plaintiff's Eighth Amendment claim for failure to protect against Sgt. Braco in his individual capacity.  Plaintiff's claim for money damages against Sgt. Braco in his official capacity is **DISMISSED WITH PREJUDICE** as barred by the Eleventh Amendment; Plaintiff's claim seeking injunctive relief against Executive Director Collier in his official capacity is **DISMISSED** as barred by the Eleventh Amendment; and Plaintiff's claim against Offender Diaz is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim pursuant to §§ 1915(e)(2)(B) and 1915A(b)(1).

ORDERED on April 18, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE